UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLA HORNE,

    Plaintiff(s),                      No. C 05-3443 PJH

    v.                                **PRETRIAL ORDER**

SOUTHWEST AIRLINES CO.,

    Defendant(s).

_____/

    This matter having been reassigned to the undersigned judge pursuant to the request of the parties to relate it to earlier filed *Horne v. Southwest*, C 04-4962 PJH, it is ordered that the case management and pretrial order entered in the earlier-filed case on April 25, 2005, shall apply equally to the later-filed case. The parties shall meet and confer about the pretrial schedule and may request a telephone conference within two weeks should any adjustment be needed or desired.

    **IT IS SO ORDERED.**

Dated: August 29, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge