UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLA HORNE,

        Plaintiff,

    v.

SOUTHWEST AIRLINES CO.,

        Defendant.
_____/

No. C 05-3443 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss, which was previously set for October 5, 2005, at 9:00 a.m., has been CONTINUED to October 12, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the original briefing schedule shall remain in effect.

AT THE TIME OF ELECTRONIC FILING OF PAPERS, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** ADDITIONAL CONFORMED COPY OF EACH DOCUMENT TO THE CLERK'S OFFICE, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the court no later than 4:30 p.m. the day before the hearing.

IT IS SO ORDERED.

Dated: September 1, 2005

                                                PHYLLIS J. HAMILTON
                                                United States District Judge